1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR D. MORENO,<br><br>              Petitioner,<br><br>   v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>              Respondent. | Case No. CV 11-8404 SJO (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

         October 16, 2012

DATED: _____

                              _____
                                HON. S. JAMES OTERO
                              UNITED STATES DISTRICT JUDGE